# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO: 6:21-mj-1127**

**STEVE OMAR MALDONADO**

AUSA: Karen Gable

Defense Attorney: Michael Ryan, Federal Public Defender

| JUDGE: | **LESLIE R. HOFFMAN**<br>United States Magistrate Judge | DATE AND TIME: | **February 10, 2021**<br>1:35-1:58<br>23 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sonya Williams |

## CLERK'S MINUTES
### INITIAL APPEARANCE (RULE 5C)

Case called; appearances taken; procedural setting by the Court.
Court inquired of the defendant regarding competency.
Court advised the defendant of his rights.
Defendant requested the appointment of counsel.
Court appointed the Federal Public Defender to represent the defendant in this district only.
Court advised the parties of the requirements pursuant to the Due Process Protections Act.
Government summarized the charges and penalties in the Complaint.
Defendant waived the right to a preliminary hearing in this district.
No issues as to identity.
Government does not seek detention.
Court released the defendant on conditions of release as set forth in the Order Setting Conditions of Release.
Order of Removal entered.